20230329140657

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: SUMMONS AND COMPLAINT, RIDER, EXHIBITS,
EFFECTED (1) BY ME: ALVIN S. GONZALEZ
TITLE: PROCESS SERVER
DATE: MAR 30 2023 AT 1:54 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant
IBRAHIM ALIMIMEH

Place where served:
521 BROOME STREET   NEW YORK NY 10013  c/o PUP CULTURE LLC

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
JOHN DOE, WHO REFUSED TO GIVE HIS TRUE NAME,

Relationship to defendant: EMPLOYEE

Description of Person Accepting Service:
SEX: MALE   AGE: 31-35   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200   SKIN: WHITE   HAIR: BLACK   OTHER: (SITTING) (WEARING BASEBALL CAP)

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: MAR 30 2023 / /20

Docusign Court Approved E-Signature

SIGNATURE OF ALVIN S. GONZALEZ   L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: C.K. LEE, ESQ.
PLAINTIFF: ASHLEY VILELLA, ON BEHALF OF HERSELF FLSA COLLECTIVE PLAINTIFFS AND THE CLASS,
DEFENDANT: PUP CULTURE LLC D/B/A PUPCULTURE, ET AL
VENUE: DISTRICT
DOCKET:
COMMENT: 1 23 CV 02291 LJL